## BARRIOS v. STATE.
### No. 22896.

Court of Criminal Appeals of Texas.

June 14, 1944.

R. R. Smith, of Jourdanton, and A. R. Troell, of Pleasanton, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty to the offense of murder, appellant was assessed the penalty of life imprisonment in the state penitentiary.

There are no bills of exception. All matters of procedure appear regular.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.